**SEDGWICK LLP**
RALPH A. CAMPILLO (State Bar No. 70376)
ralph.campillo@sedgwicklaw.com
ARAMEH ZARGHAM O'BOYLE (State Bar No. 239495)
arameh.oboyle@sedgwicklaw.com
801 South Figueroa Street, 19th Floor
Los Angeles, CA  90017-5556
Telephone:     213.426.6900
Facsimile:     213.426.6921

**SEDGWICK LLP**
WAYNE A. WOLFF (State Bar No. 161351)
wayne.wolff@sedgwicklaw.com
333 Bush Street, 30th Floor
San Francisco, CA  94104-2806
Telephone:     (415) 781-7900
Facsimile:     (415) 781-2635

Attorneys for Defendant
Howmedica Osteonics Corp
(sued as Howmedica Osteonics Corp.
d/b/a Stryker Orthopaedics)

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARAY JOHNSON,<br><br>                    Plaintiff(s),<br><br>     v.<br><br>HOWMEDICA OSTEONICS CORP. d/b/a STRYKER ORTHOPAEDICS,<br><br>                    Defendant(s). | Case No.  3:13-cv-0268-RS<br><br>[~~PROPOSED~~] **ORDER GRANTING JOINT STIPULATION TO STAY PROCEEDINGS PENDING RULING BY MDL PANEL** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

After consideration of Plaintiff Laray Johnson and Defendant Howmedica Osteonics Corp (sued as Howmedica Osteonics Corp. d/b/a Stryker Orthopaedics)'s Joint Stipulation to Stay Proceedings Pending Ruling by MDL Panel, and good cause appearing, it is hereby ordered that the Joint Stipulation is **GRANTED**.  All proceedings in this action are hereby stayed and all current deadlines are vacated pending the Judicial Panel on Multidistrict Litigation's decision on the pending transfer request.

**1**

[~~PROPOSED~~] **ORDER GRANTING JOINT STIPULATION TO STAY PROCEEDINGS PENDING RULING BY MDL PANEL**

LA/2211990v1

1 **IT IS SO ORDERED.**

Dated: _____3/22_____, 2013

_____
The Honorable Richard Seeborg

[~~PROPOSED~~] **ORDER GRANTING JOINT STIPULATION TO STAY PROCEEDINGS PENDING RULING BY MDL PANEL**

LA/2211990v1